TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: carlos.esqueda@usdoj.gov

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY DELL DAVIDSON-DROLET,<br><br>Defendant. | Case No.  2:24-mj-00705-CMR<br><br>SEALED FELONY COMPLAINT<br><br>COUNT 1: Kidnapping. 18 U.S.C. § 1201(a)(1)(h).<br><br><br>Judge Dustin B. Pead |

Before the Honorable Dustin B. Pead, United States Magistrate Judge for the

District of Utah, appeared the undersigned, who on oath deposes and says:

### COUNT 1

On or about January 18, 2023 through June 27, 2024, in the District of Utah and

elsewhere,

**KIMBERLY DELL DAVIDSON-DROLET,**

the defendant herein, did unlawfully kidnap, abduct, seize, confine, inveigle, decoy and

carry away ██ a minor child, and in committing and in furtherance of the offense,

willfully transported ██ from the State of Utah to the State of Missouri, and held ██ for

ransom, reward and otherwise, by violating a custody order issued by the State of Utah,

all in violation of 18 U.S.C. §1201(a)(1), (h).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I Tyler Ketelaar, being duly sworn state the following in support of a criminal

complaint:

## INTRODUCTION AND AGENT BACKGROUND

1.  Your Affiant is a Deputy with the United States Marshals Service (DUSM) and

    have been since October 19,2019. I am assigned to the Salt Lake City Office, in

    the District of Utah. I have completed the twelve (12) week Criminal Investigator

    Training Program and eight (8) week Basic Deputy United States Marshal

    Training course at the Federal Law Enforcement Training Center in Glynco,

    Georgia. These courses consisted of classes in federal law, evidence handling,

    interviewing techniques, firearms investigations, and tactical training in the

    execution of search and arrest warrants. I have a total of over 12 years' experience

    as a law enforcement officer with 5 years as a federal law enforcement officer.

    While assigned to the District of Utah I have served on the Violent Fugitive

Apprehension Strike Team (VFAST) and have been involved in the capture of numerous wanted violent felons in the State of Utah including nationwide and international fugitives.

2. The information contained in this affidavit is based on information personally known to me from my work on the investigation described herein, as well as information I received from other law enforcement agents assisting in this investigation.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

3. During January 2023, ▮▮▮▮ parents, Kimberly Dell Davidson-Drolet and Laurence Drolet ▮▮▮▮▮▮▮▮▮▮ were engaged in divorce and child custody proceedings in the Utah Third District Court. On or around 01/18/2023, Kimberly took ▮▮▮▮ in violation against the custody agreement and court order. It was suspected Kimberly fled Utah with ▮▮▮ and went to ▮▮▮▮▮, Missouri.

4. On 02/22/2023, The Utah Third District Court issued a Writ of Assistance authorizing and directing law enforcement to take custody of ▮▮▮ by any reasonable force necessary. The Writ also authorizes law enforcement to enter private property as necessary to take custody of ▮▮▮ and detain anyone who interferes with the execution of the Writ.

5.  On 12/20/2023, The Utah Third District Court issued a Warrant of Arrest for
    Kimberly Davidson Drolet for Third Degree Felony CUSTODIAL
    INTERFERENCE-REMOVE CHILD FROM STATE 76-5-303(2)+(3C).

6.  Kimberly Davidson-Drolet unlawfully seized, confined, inveigled, decoyed,
    kidnapped, abducted, or carried away ███ non-custodial daughter ████████
    ███ was willfully transported in interstate commerce when ██ was
    transported by ██ older brother Jaxson Davidson, ██████████, and non-
    custodial mother Kimberly Davidson Drolet across a State boundary from Utah
    to Missouri where she was later located and recovered in ████████ Missouri.

7.  The location where ████ was discovered is a compound run by religious cult
    leader Paul Dean who is the founder a FLDS religious type cult. Paul Dean is
    the brother ████ to Kimberly Davidson- Drolet.

8.  It is also suspected Kimberly Davidson- Drolet utilized the mail or any means,
    facility, or instrumentality of interstate or foreign commerce in committing or in
    furtherance of the commission of the offense buy mailing letters through the
    United States Postal Service to her third-party sister Kristine Merrill in order to
    conceal her and █████ whereabouts.

9.  Kimberly Davidson-Drolet also used cellular and other electronic devices that
    are instrumentality of interstate or foreign commerce to further conceal her and
    █████ whereabouts. Kimberly Davidson-Drolet and other coconspirators went
    through great lengths to utilize pre-paid cellular phones that were rotated
    regularly to prevent law enforcement interception.

10. Kimberly Davidson-Drolet's parental rights with respect to the victim child, ███ , have been terminated by a court order and she has failed to appear or otherwise contact the courts since her and ███ 's disappearance in January 2023.

## CONCLUSION

11. Based on the foregoing information, your affiant respectfully requests that a complaint and warrant of arrest be issued for Kimberly Davidson-Drolet for a violation of 18 U.S.C. § 1201(a) (1), (h), Kidnapping.

Dated this 15th day of July 2024.

Respectfully submitted,

¯y´er¯¯ete´aar
Deputy United States Marshal

Subscribed and sworn to before me on this ___16th___ day of July 2024.

BY THE COURT:

_____
HONORABLE CECILIA M. ROMERO
UNITED STATES MAGISTRATE JUDGE

APPROVED:

TRINA A. HIGGINS
United States Attorney

CARLOS ESQUEDA  Digitally signed by CARLOS ESQUEDA
Date: 2024.07.16 12:19:07 -06'00'
_____
CARLOS A. ESQUEDA
Assistant United States Attorney